R.D. WELLS SERVICES                              Index # *07 CIV 8539*

STATE OF NEW YORK   UNITED STATES DISTRICT Court, County of SOUTHERN DISTRICT OF NEW YORK

*DAVID FEIGE,*

                                        Plaintiff

                          against

                                        Defendant

*RCN CORPORATION,*

STATE OF NEW YORK
County of: *ALBANY*

*Robert Wells*, being duly sworn, deposes and says that he/she is over the age of eighteen(18) years; that on: *10/4/2007* at the office of the Secretary of State, of the State of New York in the City of Albany, New York, he/she served the annexed *Summons & Class Action Complaint with Civil Cover Sheet* on *RCN CORPORATION*

Defendant in this action, by delivering to and leaving with *Donna Christi* an authorized agent in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, one (1) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of *$40.00* Dollars. That said service was made pursuant to Section *307*, Business Corporation Law.

A copy of the *Summons & Class Action Complaint with Civil Cover Sheet* in this action is being sent to you by registered mail return receipt. (#*RR696349661US*)

Deponent further says that he/she knew the person so served as aforesaid to be an authorized agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that he/she describes the person actually served as follows:

Sex:   Skin Color:  Hair Color: Age (Approx.)  Height (Approx.) Weight (Approx.)

*Female   Whiute   Blond   43   5'2   145*

Other Identifying Features:

_____
Robert Wells

Sworn to before me, this

5 day of Oct, 2007

_____
Notary Public-Commissioner of Deeds

ROSEMARY LANNI
Notary Public, State of New York
Qualified in Albany County
Reg No 4904277
Commission Expires Nov 2, 2007

R. D. WELLS SERVICES
P.O. BOX 3931
ALBANY, NY 12203