# ANDREWS KURTH LLP
ATTORNEYS

450 Lexington Avenue
New York, NY 10017
212 850 2800 Phone
212.850.2929 Fax
andrewskurth.com

Joseph A. Patella
(212) 850 2839 Direct
josephpatella@andrewskurth.com

**MEMO ENDORSED**

October 30, 2007

**VIA FACSIMILE**
Honorable Stephen C. Robinson
United States District Court
Southern District of New York
300 Quarropas Street, Room 633
White Plains, New York 10601

    Re: *David Feige v. RCN Corporation*, 07-CV-8539 (SCR) ECF

Dear Judge Robinson:

    Pursuant to Section I(E)(1) of this Court's Individual Practices, Defendant RCN Corporation ("RCN") respectfully requests an extension of time to respond to the Complaint in the above matter. Plaintiff filed the Complaint on October 2, 2007. To date, RCN has yet to receive service of the Complaint. However, the ECF docket indicates that service was made upon the Office of the Secretary of State on October 2, 2007 and that RCN's Answer was due on October 22, 2007. RCN contacted Plaintiff's counsel by telephone today to <u>request a 30-day extension of time to respond to the Complaint. Plaintiff's counsel consented to this request.</u> This is RCN's first request for an extension in this matter. Accordingly, RCN respectfully requests that this Court grant RCN an extension of time to answer, move or otherwise respond to the Complaint to and including November 29, 2007.

Respectfully submitted,

*/s/ Joseph A. Patella*

Joseph A. Patella (JP 3196)

cc: Oren Giskan, Esq. – via facsimile

**APPLICATION GRANTED**

*/s/ Stephen C. Robinson*

HON. STEPHEN C. ROBINSON

NYC 169379 1

Austin   Beijing   Dallas   Houston   London   Los Angeles   New York   The Woodlands   Washington, DC