

ANDREWS
ATTORNEYS
KURTH LLP

450 Lexington Avenue
New York, NY 10017
212 850 2800 Phone
212 850 2929 Fax
andrewskurth.com

Joseph A. Patella
(212) 850 2839 Direct
josephpatella@andrewskurth.com

# MEMO ENDORSED

November 26, 2007

**VIA FACSIMILE**
Honorable Stephen C. Robinson
United States District Court
Southern District of New York
300 Quarropas Street, Room 633
White Plains, New York 10601

Re:   *David Feige v. RCN Corporation*, 07-CV-8539 (SCR) ECF
      ***Second Request for Extension to Respond to Complaint***

Dear Judge Robinson:

Pursuant to Section I(E)(1) of Your Honor's Individual Practices, Defendant RCN Corporation ("RCN") respectfully requests a second extension of time to respond to the Complaint in the above matter. Plaintiff filed the Complaint on October 2, 2007. By Endorsement entered on November 2, 2007, Your Honor granted RCN's application for an extension of time until November 29, 2007 to respond to the Complaint. RCN hereby requests an additional two-week extension to and including December 14, 2007. Plaintiff's counsel consents to this request. The additional time will facilitate the parties' joint request to transfer this case from White Plains to Foley Square, as set forth in the letter of same date sent to Your Honor's attention. Accordingly, RCN respectfully requests that this Court grant RCN an extension of time to answer, move or otherwise respond to the Complaint to and including December 14, 2007.

**APPLICATION GRANTED**
*Stephen C. Robinson*
HON. STEPHEN C. ROBINSION
11/28/07

Respectfully submitted,

*Joseph A. Patella*
Joseph A. Patella (JP 3196)

cc:   Oren Giskan, Esq – via facsimile & electronic mail

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

NYC:170088.1

Austin   Beijing   Dallas   Houston   London   Los Angeles   New York   The Woodlands   Washington, DC