UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

David Feige

-v-

RCN Corporation



Docket Number

07 CV 8539 (SCR)

**NOTICE OF REASSIGNMENT**

Pursuant to the memorandum of the Case Processing Assistant, the above-entitled action is reassigned to the calendar of:

*Judge* Alvin K. Hellerstein

All further documents submitted in this action are to be presented in the Clerk's Office for filing and <u>shall bear the new Judge's initials after the docket number:</u>

07  cv 8539  (AkH)

The designated Magistrate Judge for this case is:

*Magistrate Judge* Douglas F. Eaton

The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of Reassignment on all defendants.

J. Michael McMahon
Acting Clerk

By: _____
Deputy Clerk

White Plains, NY
Dated:

CC:  **Judge**
     **Magistrate Judge**
     **Case Assignment Clerk**

i:\FORMS\DOCKET\REASSIGN.WPD