# Giskan, Solotaroff & Anderson, LLP
### ATTORNEYS AT LAW

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/08
```

11 Broadway, Suite 2150  
New York, NY 10004

TELEPHONE: (212) 847-8315

January 4, 2008

**By Fax**

Honorable Alvin K. Hellerstein  
United States District Judge  
United States District Court  
Southern District of New York  
Daniel Patrick Moynihan United States Courthouse  
500 Pearl Street, Rm 1050  
New York, NY 10007-1312

*RECEIVED JAN 08 2008 CHAMBERS OF ALVIN K. HELLERSTEIN*

RE: *Feige v RCN No 07 Civ 8539*

Dear Judge Hellerstein:

Today I received the Notice of Court Conference setting a conference for February 8, 2008. Unfortunately, I will be out of town that week. I write to request that the conference be adjourned until the following week. I have conferred with opposing counsel, Joseph Patella, who has agreed to the adjournment. Both parties are available any day between February 12-15, 2008.

Respectfully submitted,

Oren S. Giskan

cc:   Joseph Patella, by email

*[Handwritten note: The conference is adjourned to 2/15/08, 9:30 am. 1-8-08 /s/ AKH]*