# Giskan, Solotaroff & Anderson, LLP
### ATTORNEYS AT LAW

11 Broadway, Suite 2150  
New York, NY 10004

TELEPHONE: (212) 847-8315



February 6, 2008

By Federal Express

Honorable Alvin K. Hellerstein  
United States District Judge  
United States District Court  
Southern District of New York  
Daniel Patrick Moynihan United States Courthouse  
500 Pearl Street, Rm 1050  
New York, NY 10007-1312

    **RE:** *Feige v RCN No 07 Civ 8539*

Dear Judge Hellerstein:

    Enclosed is a courtesy copy of the Plaintiff's Notice Of Motion For Leave To File Sur Reply In Further Opposition To Motion To Dismiss, Plaintiff's Sur Reply In Further Opposition To Motion To Dismiss, and the supporting Affidavit of David Feige.

                                    Respectfully submitted,

                                      Catherine E. Anderson

cc:    Joseph Patella, by email w/enclosure