# Giskan, Solotaroff & Anderson, LLP
ATTORNEYS AT LAW

11 Broadway, Suite 2150  
New York, NY 10004

TELEPHONE: (212) 847-8315

February 15, 2008

By Fax

Honorable Alvin K. Hellerstein  
United States District Judge  
United States District Court  
Southern District of New York  
Daniel Patrick Moynihan United States Courthouse  
500 Pearl Street, Rm 1050  
New York, NY 10007-1312

> *Parties are to appear for oral argument on ~~Mar. 31~~ Apr. 7, 2008 at 4 p.m.*
>
> X *[signature]*
> 2·21-08

RE:  *Feige v RCN No 07 Civ 8539*

Dear Judge Hellerstein:

The hearing on Defendant's motion to dismiss is currently set for March 18, 2008. Unfortunately, I will be out of the country between March 17 and March 25, 2008. I write to request that the hearing be adjourned until after I return. I have conferred with opposing counsel, Joseph Patella, who has agreed to the adjournment. Both parties are available any day after March 25, 2008 with the exception of March 31 and April 1, 2008.

Respectfully submitted,

*[signature]*

Oren S. Giskan

cc:  Joseph Patella, by email

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 2/22/08