UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
− − − − − − − − − − − − − − − − − − − − − − − − − −  x

DAVID FEIGE, On Behalf of Himself and All        :
Other Persons Similarly Situated,
                                                 :
                        Plaintiff,               :        Case No. 07 cv 8539  (AKH)
                                                 :
            -against-
                                                 :
RCN CORPORATION,
                                                 :
                        Defendant.
− − − − − − − − − − − − − − − − − − − − − − − − − −  x

## DISCLOSURE STATEMENT OF RCN CORPORATION PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant RCN Corporation certifies that no parent corporation or publicly held corporation owns 10% or more of RCN's stock.


Dated:  April 15, 2008                      ANDREWS KURTH LLP


                                   By:    /s/  Joseph A. Patella
                                          Lynne M. Fischman Uniman (LU6750)
                                          Joseph A. Patella (JP3196)
                                          Attorneys for Defendant
                                          450 Lexington Avenue
                                          New York, New York  10017
                                          (212) 850-2800