**STATEMENT OF DELAYED FILING AND CERTIFICATE OF SERVICE**

I, the undersigned, hereby state that on April 14, 2008, I attempted to file Defendant's **Answer and Affirmative Defenses to Class Action Complaint** with the Clerk of the Court using CM/ECF but was unable to gain access to the ECF "Login" page due to a technical difficulty with the Court's website. As a result, I served the foregoing document on the following counsel of record for Plaintiff by electronic mail:

>Oren Giskan, Esq.
>Giskan Solotaroff & Anderson LLP
>11 Broadway – Suite 2150
>New York, New York 10004

I hereby certify that on this 15th day of April 2008, I electronically filed Defendant's **Answer and Affirmative Defenses to Class Action Complaint** with the Clerk of the Court using CM/ECF. I also certify that the foregoing document has been served on April 15, 2008 on the following counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF:

| | |
|---|---|
| Oren Giskan, Esq. | Scott A. Kamber, Esq. |
| Catherine E. Anderson, Esq. | Kamber & Associates |
| Giskan Solotaroff & Anderson LLP | 11 Broadway – 22nd Floor |
| 11 Broadway – Suite 2150 | New York, New York 10004 |
| New York, New York 10004 | |

>/s/ Joseph A. Patella
>Joseph A. Patella

NYC:175265.1