## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 15th day of April 2008, I electronically filed the foregoing **Disclosure Statement of RCN Corporation Pursuant to Rule 7.1 of the Federal Rules Of Civil Procedure** with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document has been served on April 15, 2008 on the following counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF:

Oren Giskan, Esq.  
Catherine E. Anderson, Esq.  
Giskan Solotaroff & Anderson LLP  
11 Broadway – Suite 2150  
New York, New York 10004  

Scott A. Kamber, Esq.  
Kamber & Associates  
11 Broadway – 22nd Floor  
New York, New York  10004  

/s/ Joseph A. Patella  
Joseph A. Patella

NYC:175342.1