USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
DAVID FEIGE, On Behalf of Himself and All         :
Other Persons Similarly Situated                            :       **ORDER REGULATING**
                                                                             :       **PROCEEDINGS**
                                        Plaintiff,              :
                                                                             :       07 Civ. 8539 (AKH)
          -against-                                                 :
                                                                             :
RCN CORPORATION,                                           :
                                                                             :
                                        Defendant.          :
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Notwithstanding my endorsed order of April 11, 2008, plaintiff may move for reconsideration. Any such motion must be made by April 30, 2008. The motion should address only whether, in light of the first cause of action, which alleges a claim under 47 U.S.C. § 201(b), a claim under GBL § 349 serves any purpose and whether the allegations against defendant, as outlined in Count II of the Complaint, constitute deception by the plaintiff, and are not merely illegal for some other reason. If it is alleged that there is a purpose for a § 349 claim, in addition to the 47 U.S.C. § 201(b) claim, plaintiff shall specify the particular deceptive conduct complained of on the part of defendant. Plaintiff should further note that any further briefing on the intent to deceive point is unnecessary since my April 11, 2008 endorsement found that plaintiff's GBL § 349 claim failed to meet one of the required elements of such a claim under New York law – specifically any legitimate allegation that defendant's conduct was misleading in a material way.

      SO ORDERED.

Dated:    April _16_, 2008
             New York, New York

                                                     ALVIN K. HELLERSTEIN
                                                   United States District Judge

1