



450 Lexington Avenue
New York, NY 10017
212 850 2800 Phone
212 850 2929 Fax
andrewskurth.com

Joseph A. Patella
212 850 2839 Phone
josephpatella@andrewskurth.com

May 12, 2008

**VIA FACSIMILE**

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

    Re:   *David Feige v. RCN Corporation* 07 cv 8539

Dear Judge Hellerstein:

    Pursuant to Your Honor's Individual Rules, the parties jointly request that the current briefing schedule for Plaintiff's motion for reconsideration be extended by one week. Accordingly, we request that Defendants' opposition to the motion, currently due on May 14, be extended to May 21. Plaintiff's reply, then due on May 29, would be extended to June 5.

    No prior request has been made for an extension in connection with the pending motion, and the proposed schedule will not affect any of the other scheduled dates.

                                                Respectfully submitted

                                                Joseph A. Patella (JP 3196)

cc:    Oren S. Giskan, Esq. (via electronic mail)
        Scott A. Kamber, Esq. (via electronic mail)

*[Handwritten note:] Motion denied. There is no need for a reply, barring unforeseen circumstances; no motion for reconsideration. An opp'n may be filed up to 4:00 pm. 5/19/08.*
*5-13-08*
*[signature]*

NYC 176444.1

Austin   Beijing   Dallas   Houston   London   Los Angeles   New York   The Woodlands   Washington, DC