## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 19th day of May 2008, I electronically filed the foregoing **Affidavit of Joseph A. Patella In Opposition to Plaintiff's Motion for Reconsideration** and exhibit thereto and **Memorandum of Law In Opposition to Plaintiff's Motion for Reconsideration** with the Clerk of the Court using CM/ECF. I also certify that the foregoing documents have been served on May 19, 2008 on the following counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF:

Oren Giskan, Esq.
Catherine E. Anderson, Esq.
Giskan Solotaroff & Anderson LLP
11 Broadway – Suite 2150
New York, New York 10004

Scott A. Kamber, Esq.
Kamber & Associates
11 Broadway – 22nd Floor
New York, New York 10004

/s/ Joseph A. Patella
Joseph A. Patella

NYC:176783.1