IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

DAVID FEIGE, On Behalf of Himself and :    C.A. No. 07-CV-8539 (AKH)
All Other Persons Similarly Situated, :

                 :

              Plaintiff, :

    vs. :

                 :

RCN CORPORATION, :

                 :

              Defendant. :

-------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/23/08

## **PLAINTIFF'S NOTICE OF MOTION FOR RECONSIDERATION**

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, the Affidavit

of David Feige submitted therewith, and upon all the pleadings and proceedings heretofore had

herein, Plaintiff David Feige, on behalf of himself and all other persons similarly situated, will move

this Court, before the Honorable Alvin K. Hellerstein, at the United States District Court, Southern

District of New York, 500 Pearl Street, New York, NY 10007, on May 20, 2008, or as soon

thereafter as counsel can be heard, in accordance with Rules 54(b) and 60(b) of the Federal Rules

of Civil Procedures and Rule 6.3 of the Local Rules of the United States District Court for the

Southern and Eastern Districts of New York, for reconsideration and revision of the Court's

Memorandum and Order entered April 3, 2008, dismissing Plaintiff's claims for violation of New

York General Business Law, § 349 ("GBL § 349") with prejudice, and the Court's endorsement filed

April 11, 2008, dismissing the same claim on alternative grounds with prejudice.

*Motion denied. Reconsideration and arguments were previously presented. No basis is shown for the motion.*

*5-23-08*

Dated:      April 30, 2008
            New York, New York

Respectfully submitted,

GISKAN SOLOTAROFF ANDERSON
    & STEWART LLP
_____ /S/ _____ ____
Oren Giskan (OG 3667)
Catherine E. Anderson (CA 5129)
11 Broadway, Suite 2150
New York, NY 10004
Tel: (212) 847-8315


KAMBER EDELSON
Scott A. Kamber (SK 5794)
Ethan Preston
11 Broadway- 22nd Floor
New York, NY 10004
(212) 920-3072

*Counsel for Plaintiff*