

**ANDREWS KURTH** LLP
ATTORNEYS

450 Lexington Avenue
New York, NY 10017
212 850 2800 Phone
212 850 2929 Fax
andrewskurth.com

Joseph A. Patella
212 850 2839 Phone
josephpatella@andrewskurth.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/08

RECEIVED JUN 19 2008
CHAMBERS OF ALVIN K. HELLERSTEIN
U.S.D.J.

June 19, 2008

So ordered
6-19-08
[signature]

**VIA FACSIMILE**

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

Re: *David Feige v RCN Corporation* 07 cv 8539

Dear Judge Hellerstein:

Counsel for the parties to the above-referenced matter respectfully request a modification of the Civil Case Management Plan Limited to Class Discovery so-ordered by Your Honor on April 11, 2008 (the "Case Management Plan") to allow the parties time to explore settlement. Mediation with JAMS is scheduled for July 1, 2008. The parties have engaged in written class discovery and have yet to take depositions. Pursuant to the Civil Case Management Plan, depositions related to class discovery are to be completed by July 3, 2008. In an attempt to avoid the significant expense related to the preparation and taking of depositions, the parties seek to conduct the mediation prior to party depositions. Extending the deposition deadline will also help the parties resolve their scheduling difficulties as Plaintiff is presently in California until the end of July. Thus the parties seek an extension of the deposition deadline and all deadlines thereafter as follows:

| Current Civil Case Management Plan | Proposed Amended Civil Case Management Plan |
| --- | --- |
| Depositions to be completed by July 3, 2008 | Depositions to be completed by August 11, 2008 |
| Class certification discovery to be completed by July 17, 2008 | Class Certification Discovery to be completed by August 25, 2008 |
| Motion for class certification filed by July 25, 2008 | Motion for class certification filed by September 2, 2008 |
| Opposition to class certification motion to be | Opposition to class certification motion to be filed by |

The Honorable Alvin K. Hellerstein
June 19, 2008
Page 2

| filed by August 22, 2008 | September 30, 2008 |
|---|---|
| Reply to class certification motion to be filed by August 29, 2008 | Reply to class certification motion to be filed by October 7, 2008 |

No previous request for an adjournment has been made.

Respectfully submitted

Joseph A. Patella (JP 3196)

cc: Oren S. Giskan, Esq. (via electronic mail)
Scott A. Kamber, Esq. (via electronic mail)

NYC 178199.1