

**ANDREWS**
ATTORNEYS
**KURTH** LLP





450 Lexington Avenue
New York, NY 10017
212 850.2800 Phone
212 850 2929 Fax
andrewskurth.com

NYC 179688 1
Joseph A. Patella
212 850 2839 Phone
josephpatella@andrewskurth.com

July 25, 2008

So ordered
7-28-08
[signature] 7/28

**VIA FACSIMILE**

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

    Re:    *David Feige v. RCN Corporation* 07 cv 8539

Dear Judge Hellerstein,

    The parties in the above matter have made significant progress in discussing a possible settlement and therefore respectfully request a modification of the Civil Case Management Plan Limited to Class Discovery so-ordered by Your Honor on June 19, 2008 (the "Case Management Plan").

    On July 1, 2008, the parties participated in a mediation with JAMS. While a settlement was not reached, the parties have continued to discuss the parameters of a possible resolution with the assistance of the JAMS-appointed mediator, who has remained involved in the negotiations at the request of the parties. Both sides agree that additional time and resources should be dedicated to further settlement discussions.

    The parties have exchanged written class discovery but have yet to take depositions. By letter dated June 19, 2008, the parties made their first request for a modification of the Civil Case Management Plan, as the parties sought to avoid the significant time and expense related to the preparation and taking of depositions in advance of the mediation. Your Honor so-ordered our request on the same date. Encouraged by the progress we have made since the mediation, the parties again request a modification of the Civil Case Management Plan for the same reasons. The proposed deadlines are as follows:

The Honorable Alvin K. Hellerstein
July 25, 2008
Page 2

| Current Civil Case Management Plan | Proposed Amended Civil Case Management Plan |
|---|---|
| Depositions to be completed by August 11, 2008 | Depositions to be completed by October 10, 2008 |
| Class certification discovery to be completed by August 25, 2008 | Class Certification Discovery to be completed by October 24, 2008 |
| Motion for class certification filed by September 2, 2008 | Motion for class certification filed by November 3, 2008 |
| Opposition to class certification motion to be filed by September 30, 2008 | Opposition to class certification motion to be filed by November 26, 2008 |
| Reply to class certification motion to be filed by October 7, 2008 | Reply to class certification motion to be filed by December 5, 2008 |

Respectfully submitted

Joseph A. Patella (JP 3196)

cc: Oren S. Giskan, Esq. (via electronic mail)
Scott A. Kamber, Esq. (via electronic mail)

NYC 179688.1