UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
DAVID FEIGE, On Behalf of Himself and All :
Other Persons Similarly Situated,
                                                                  :     Case No. 07 cv 8539 (AKH)
                    Plaintiff,
                                                                  :     **STIPULATION OF DISMISSAL**
        -against-
                                                                  :
RCN CORPORATION,
                                                                  :
                    Defendant.
-------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED by and between counsel to the parties in the above-captioned litigation, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the case, including all claims and defenses, is hereby dismissed with prejudice with each party to bear its own costs and expenses.


Dated: New York, New York
         June 12, 2009


| GISKAN SOLOTAROFF ANDERSON & STEWART LLP | ANDREWS KURTH LLP |
|---|---|
| By: _____<br>Oren Giskan, Esq. (OG 3667)<br>11 Broadway -- Suite 2150<br>New York, New York 10004<br>(212) 847-8315<br>*Attorneys for Plaintiff David Feige* | By: _____<br>Lynne M. Fischman Uniman (LU6750)<br>Joseph A. Patella (JP3196)<br>450 Lexington Avenue<br>New York, New York 10017<br>(212) 850-2800<br>*Attorneys for Defendant RCN Corporation* |

NYC:189900.1